**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
THERESA BUCCILLI and PANAGIOTA
MATRAKAS, individually and on behalf
of all others similarly situated,

            Plaintiffs,

  - against -

FOSTER & GARBUS, LLP,

            Defendant.
-------------------------------------------------------------X

**JUDGMENT**
CV 17-7498 (SJF)(AYS)

A Memorandum and Order of the Honorable Sandra J. Feuerstein, United States District Judge, having been filed on March 12, 2019, denying as moot Plaintiffs' motion to strike the Liederman Affidavit, granting Defendant's summary judgment motion, and directing the Clerk of Court to enter judgment in favor of Defendant and close this case, it is

**ORDERED AND ADJUDGED** that Plaintiffs Theresa Buccilli and Panagiota Matrakas take nothing of Defendant Foster & Garbus, LLP; that Plaintiffs' motion to strike the Liederman Affidavit is denied as moot; that Defendant's summary judgment motion is granted; and that this case is closed.

Dated:  Central Islip, New York
         March 12, 2019

                                                DOUGLAS C. PALMER
                                                CLERK OF THE COURT

                                      BY:    /S/ JAMES J. TORITTO
                                                       DEPUTY CLERK